IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ROB CARLSON et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEM, INC., and FEDEX<br>GROUND PACKAGE SYSTEM,<br>INC., d/b/a/ FEDEX HOME<br>DELIVERY,<br><br>                 Defendants. | No.  CV-05-85-BU-SEH<br><br><br>ORDER |

On September 12, 2012, Special Master, W. Wayne Harper, entered his

Findings and Recommendations[1] on Defendant's Renewed Motion to Compel

Adequate Responses from Plaintiff Rob Carlson (Carlson).  No objections were

filed.  The Court reviews the Special Master's findings of fact for clear error, and

reviews his conclusions of law *de novo*.  Fed. R. Civ. P. 53 (f)(3)-(4).

I find no error in the Special Master's Findings and Recommendations and

---

[1] Document No. 438

adopt them in full.

ORDERED:

1.     Defendant's Renewed Motion to Compel Adequate Responses of
Plaintiff Rob Carlson to Revised Interrogatory Nos. 3, 4, 6, 7, 8 and 10[2] is
GRANTED in part, and DENIED in part, as follows:

> a.     The portion of the motion relating to Carlson's responses to
> Interrogatory Nos. 3, 7, 8 and 10 is DENIED as moot as Defendant
> has acknowledged that Carlson's supplemental responses of
> July 10, 2012, are adequate.
>
> b.     The portion of the motion relating to Carlson's responses to
> Interrogatory Nos. 4 and 6 is GRANTED to the extent that Carlson's
> proof at trial as to matters within the ambit of Interrogatory Nos. 4 and
> 6 shall be limited to the specific disclosures and responses provided
> by him as of September 12, 2012.  Carlson may not present or offer
> evidence at trial that alters, contradicts, expands, supplements or
> otherwise changes disclosures and responses.

2.     The portion of the motion requesting attorney's fees and costs is
GRANTED to the extent that Carlson shall pay 20% of the fees and costs

---

[2] Document No. 202

-2-

Defendant incurred in preparation of the Renewed Motion to Compel.

3. An award of fees and costs will be addressed by further order after all

pending motions to compel have been resolved by the Court.

DATED this 5th day of October, 2012.

SAM E. HADDON
United States District Judge

-3-