# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| ROB CARLSON et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., and FEDEX GROUND PACKAGE SYSTEM, INC., d/b/a/ FEDEX HOME DELIVERY,<br><br>      Defendants. | No. CV-05-85-BU-SEH<br><br>**ORDER** |

On September 12, 2012, Special Master, W. Wayne Harper, entered his Findings and Recommendations[1] on Defendant's Renewed Motion to Compel Adequate Responses from Plaintiff Penny Massa (Massa). No objections were filed. The Court reviews the Special Master's findings of fact for clear error, and reviews his conclusions of law *de novo*. Fed. R. Civ. P. 53 (f)(3)-(4).

I find no error in the Special Master's Findings and Recommendations and

---

[1] Document No. 435

adopt them in full.

ORDERED:

1. Defendant's Renewed Motion to Compel Adequate Responses of Plaintiff Penny Massa to Revised Interrogatory Nos. 4, 6 and 8[2] is GRANTED in part, and DENIED in part, as follows:

   a. The portion of the motion relating to Massa's responses to Interrogatory Nos. 6 and 8 is DENIED as moot as Defendant has acknowledged that Massa's supplemental responses of July 10, 2012, are adequate.

   b. The portion of the motion relating to Massa's response to Interrogatory No. 4 is GRANTED to the extent that Massa's proof at trial as to matters within the ambit of Interrogatory No. 4 shall be limited to the specific disclosures and responses provided by her as of September 12, 2012. Massa may not present or offer evidence at trial that alters, contradicts, expands, supplements or otherwise changes such disclosures and responses.

2. The portion of the motion requesting attorney's fees and costs is

---

[2] Document No. 228

DENIED. Each party shall bear her or its own fees and costs.

DATED this 5th day of October, 2012.

_/s/ Sam E. Haddon_
SAM E. HADDON
United States District Judge